IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW STECHAUNER,

    Plaintiff,

v.

RICK RAEMISCH, MICHAEL THURMER and
GARY ANKARLO,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-777-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Rick Raemisch, Michael Thurmer and Gary Ankarlo granting their motion for summary judgment and dismissing this case.

_Peter Oppeneer_    1/6/12
Peter Oppeneer, Clerk of Court    Date